Ex parte ROBT. KENNEDY.

No. A-2066.

Original petition for habeas corpus. Writ allowed, per curiam, September 23, 1913.